UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
*Electronically Filed*

| | |
|---|---|
| STEPHANIE D. MAY, AND § <br> C. ERIC MAY, § <br>  § <br> Plaintiffs, § <br>  § <br> vs. § <br>  § <br> KIA MOTORS AMERICA, INC., AND § <br> KIA MOTORS CORPORATION, § <br>  § <br> Defendants. § <br> _____ § | Case No. 7:14-cv-00012 <br><br> Hon. Amul R. Thapar |

**DEFENDANT KIA MOTORS CORPORATION'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kia Motors Corporation ("KMC") hereby submits the following corporate disclosure statement:

1. KMC is a foreign national corporation organized and existing by and under the laws of the nation state of the Republic of Korea (South Korea).

Dated: June 27, 2014                          Respectfully submitted,

                                                     **DINSMORE & SHOHL LLP**

                                                     By:  <u>/s/Linsey W. West</u>

                                                     Linsey W. West
                                                     Kara M. Stewart
                                                     Cassie Stivers
                                                     250 West Main Street, Suite 1400
                                                     Lexington, KY  40507
                                                     Telephone: (859) 425-1000
                                                     Facsimile: (859) 425-1099

                                                   and

DYKEMA GOSSETT PLLC

Fred J. Fresard (P43694)
Brian M. Smith (P56174)
Co-Counsel for Defendants
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI  48304-5086
(248) 203-0843
bsmith@dykema.com

CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all Counsel of Record.

/s/Linsey W. West
**COUNSEL FOR DEFENDANT, KIA MOTORS CORPORATION**